UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : No. 3:09 Cr. 56 (EBB) |
| v. | : |
| | : |
| BRYAN BLACK, | : August 18, 2009 |
| | : |
| Defendant. | : |

**ORDER OF FORFEITURE**

WHEREAS defendant Bryan Black has pled guilty to Count One of the Information, charging him with a violation of 18 U.S.C. §§ 371 & 2319;

WHEREAS the defendant agreed by way of a plea agreement letter, dated March 6, 2009, to forfeiture in accordance with the Information; and

WHEREAS the Court finds, based on the defendant's plea agreement letter and the accompanying Stipulation of Offense conduct, that the United States of America ("Government") has established the requisite nexus between the below-referenced property and the offenses to which the defendant has pled guilty;

NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 2323, that all right, title and interest that the defendant may have in the property seized from him on or about April 21, 2004, as more fully described in Attachment A, is hereby condemned and forfeited to the United States of America.

IT IS FURTHER ORDERED, pursuant to 21 U.S.C. § 853(g) and Fed. R. Crim. P. 32.2(b)(3), that the Federal Bureau of

Investigation, or its authorized designee shall seize said property and conduct any discovery proper in identifying, locating, or disposing of the property subject to forfeiture, and to commence proceedings that comply with any statutes governing third-party rights.

IT IS FURTHER ORDERED, pursuant to 21 U.S.C. § 853(n), that the Government may publish notice of the forfeiture in a manner consistent with the provisions of Supplemental Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims anxd Asset Forfeiture Actions, which may include publication on the Government's forfeiture website on the Internet (http://www.forfeiture.gov/). However, notification by publication is not required for assets valued less than $1,000. The Government shall also, to the extent practicable, provide written notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture of the property in the ancillary proceeding. The foregoing publication and written notice shall include notice of the Government's intent to dispose of the property in accordance with the law, and notice that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED, pursuant to Fed. R. Crim. P. 32.2(b)(3), that this Order of Forfeiture shall be final as to the defendant and shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED, pursuant to Fed. R. Crim. P. 32.2(c)(2), that this Order of Forfeiture shall be final as to a third party if no petition to adjudicate said third-party's interest is timely filed in accordance with 18 U.S.C. § 853(n).

SO ORDERED this __16th__ day of __March__, 2009 at New Haven, Connecticut.

/s/ Ellen Bree Burns, SUSDJ

HONORABLE ELLEN BREE BURNS
UNITED STATES DISTRICT JUDGE

## ATTACHMENT "A"

The Defendant agrees to forfeit to the United States immediately and voluntarily all of the computer equipment, video equipment, electronic equipment, and software seized from his residence on April 21, 2004, including but not limited to:

One Acer disk drive;
One Westall ADSL Internet Access Modem, bearing serial no. 02B404371832;
One LINSYS Cable DLS Router, bearing serial no. 02220CA04896;
One Performance multiplayer adaptor, bearing serial no. M4000;
One 120 GB Hard Drive;
One Linsksys Broadband Router, bearing serial no. C2760CA71371E1;
94 Empty CD cases;
One Microsoft X-Box, bearing serial no. 397223234506;
One Microsoft DeBug Kit, bearing serial no. 200338513302;
One Microsoft X-box, bearing serial no. 300230614102;
One PS2, bearing serial no. FU754893;
One PS2, bearing serial no. AS1078965;
One PS2, bearing serial no. PY565634177;
One PS2, bearing serial no. U4686036;
One PS2, bearing serial no. PX346682267;
188 original PS1 games;
248 copied PS1 games;
89 copied PS2 games;
416 copied PS2 games;
One X-box, bearing serial no. 209369614903;
One PS1 game;
192 original PS2 games;
128 original X-box games;
86 copied PS2 games;
256 copied PS2 games;
355 copied X-box games;
One Sony Development Tool, bearing serial no. R303028;
Two Quantum game controllers;
23 game controllers;
One Sony PS, bearing serial no. 9RA228337;
74 original PS2 games;
Two code breakers;
One USB Busdrive;
40 original PS2 games;
60 original PS games;
50 original PS2 games;
205 empty CD cases;

## ATTACHMENT "A" CONTINUED

One PS2, bearing serial no. U5520466;
One PS2, bearing serial no. U1384079;
One PS2, bearing serial no. J2390142;
One PS2, bearing serial no. FS263882;
264 original PS1 games;
264 original PS2 games;
206 copied PS1 games;
272 original PS1 games;
One Compaq Presario computer, bearing serial no. 9132DGZZ0472;
One Fujitsu Computer Siemens, bearing serial no. 9144YZ10043100049SK0;
One Sony Vaiq computer, bearing serial no. 28552030;
One Compaq Presario computer laptop, bearing serial no. 6D12JC52817J;
One Hewlett Packard Pavilion, bearing serial no. US95052312;
One HP Media Center PC, bearing serial no. NMXK3400BJS;
One Viewsonic VX 900 Monitor, bearing serial no. VLCDS26105-2W;
One Viewsonic VX 900 Monitor, bearing serial no. A24031836799;
One Compaq Presario computer, bearing serial no. 9137CGWZ0147;
One Hewlett Packard Pavilion, bearing serial no. US94456509
One Viking Interworks USB drive 128 MB;
One Attache PNY 64 MB USB Flash Drive;
One Samsung 128 MB Flash Drive 2.0;
One Transcend Jet Flash 120 MB;
One Memorex 128 MB;
One Kang Grum Micro Drive 2.0 Flash Drive 64 MB;
One External tape drive-iomega ZIP (2) z100 USB;
One Microsoft mouse;
One Linsksys broadband router;
One Remote Control X-box; and
One Universal Programmer, bearing serial no. 04961.

End of Attachment A.